Lionel TALBOT, Plaintiff–Appellant,

v.

Robert A. MCDONALD, Secretary of Veterans Affairs, Defendant–Appellee.

No. 14–35835

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 02, 2016

Lionel Talbot, Pro Se, Trego, MT, for Plaintiff–Appellant.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Lionel Talbot appeals pro se from the district court's judgment dismissing his action seeking veterans' benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal for lack of subject matter jurisdiction. *Naffe v. Frey*, 789 F.3d 1030, 1035 (9th Cir. 2015). We affirm.

The district court properly concluded that it lacked jurisdiction because the Veterans' Judicial Review Act precludes district court jurisdiction over claims relating to or affecting veterans' benefits decisions. *See Veterans for Common Sense v. Shinseki*, 678 F.3d 1013, 1025 (9th Cir. 2012) (en banc).

Talbot's pending request regarding the February 26, 2015 order, set forth in the opening brief, is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

